■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME WALKER, Appellant. (Appeal No. 1.) [621 NYS2d 990] —Judgment unanimously reversed on the law, plea vacated and matter remitted to Monroe County Court for further proceedings on the indictment. Same Memorandum as in *People v Walker* (210 AD2d 1002 [decided herewith]). (Appeal from Judg-

ment of Monroe County Court, Maloy, J.—Criminal Possession Weapon, 3rd Degree.) Present—Denman, P. J., Pine, Lawton, Doerr and Davis, JJ.